1
2
3
4

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

5
6

ROMEO C. ALLEN,

7
                            Plaintiff,

8
            v.

9
LONGVIEW POLICE DEPARTMENT,

                            Defendants.

10

Case No. 3:23-cv-05362-DGE

REPORT AND
RECOMMENDATION

NOTED FOR: JULY 21, 2023

11          On May 10, 2023, plaintiff filed a motion for leave to proceed *in forma pauperis*

12   (Dkt. 3), with respect to his proposed civil rights complaint (Dkt. 1). Given the identified

13   deficiencies in the proposed complaint, the Court did not grant plaintiff's IFP application.

14   Plaintiff was given until June 9, 2023, to show cause why his complaint should not be

15   dismissed or file an amended complaint. Dkt. 5. Plaintiff filed an amended complaint

16   (Dkt. 6) but failed to cure the deficiencies identified in the order to show cause and was

17   given until June 30, 2023 to file a second amended complaint (Dkt. 7). Plaintiff has not

18   responded to the Court's second order to show cause. Accordingly, the undersigned

19   recommends that the Court DENY plaintiff's IFP application and dismiss his action

20   without prejudice for failure to prosecute. A proposed Order accompanies this Report

21   and Recommendation.

22          Pursuant to 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b), the parties shall

23   have fourteen (14) days from service of this report to file written objections. *See also*

24
25

REPORT AND RECOMMENDATION - 1

Fed. R. Civ. P. 6. Failure to file objections will result in a waiver of those objections for purposes of *de novo* review by the district judge, *see* 28 U.S.C. § 636(b)(1)(C), and can result in a waiver of those objections for purposes of appeal. *See Thomas v. Arn*, 474 U.S. 140, 142 (1985); *Miranda v. Anchondo*, 684 F.3d 844, 848 (9th Cir. 2012) (citations omitted). Accommodating the time limit imposed by Fed. R. Civ. P. 72(b), the Clerk is directed to set the matter for consideration on July 21, 2023, as noted in the caption.

Dated this 3rd day of July, 2023.

Theresa L. Fricke
United States Magistrate Judge