1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

9
10
11

ROMEO C. ALLEN,

        Plaintiff,

12          v.

13 LONGVIEW POLICE DEPARTMENT,

14          Defendant.

15

CASE NO. 3:23-cv-05362-DGE

ORDER ADOPTING REPORT AND
RECOMMENDATION

16          The Court having reviewed de novo the Report and Recommendation ("R&R") of the

17 Hon. Theresa L. Fricke, United States Magistrate Judge, objections to the R&R, if any, and the

18 remaining record, hereby finds and orders:

19          1)  The Court ADOPTS the Report and Recommendation (Dkt. No. 8);

20          2)  Plaintiff's action is DISMISSED without prejudice;

21          3)  The Clerk is directed to send copies of this Order to Plaintiff.

22
23
24

Dated this 25th day of July, 2023.

David G. Estudillo
United States District Judge